IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:18-CR-388-FDW |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| JOEY TURICK WILLIAMS | ) | |
| | ) | |

For Good Cause shown in the United States= Motion to Dismiss the Bill of Indictment, the Court hereby grants the dismissal of the Bill of Indictment in Docket No. 3:18-CR-388 without prejudice as to Defendant Joey Turick Williams.

SO ORDERED this the 23rd day of July, 2019.

HONORABLE FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA